# AFFIDAVIT OF SERVICE




| COURT: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK | INDEX#: 1 20 CV 05322 |
|---|---|
| | DATE PURCHASED: |

**PLAINTIFF/PETITIONER:** HARTFORD-JACKSON, LLC.

**DEFENDANT/RESPONDENT(S):** HOUNDS TREE WINES, LLC.

**DOCUMENTS:** SUMMONS AND COMPLAINT, CIVIL COVER SHEET, PRAYER FOR RELIEF

STATE OF NEW YORK : COUNTY OF KINGS
Luis Arriaga, the undersigned, being duly sworn, deposes and says:

On 12/02/2020 at 2:33 PM, at 335 BEDFORD AVENUE, BROOKLYN, NY11211, deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET, PRAYER FOR RELIEF on HOUNDS TREE WINES, LLC ATTN: ALEXANDER ROSANELLI in the manner indicated below:

**MANNER OF SERVICE:**
By delivering thereat a true copy of each and leaving with HOUNDS TREE WINES, LLC ATTN: ALEXANDER ROSANELLI a true copy of the aforementioned documents. The deponent knew the person served to be the GENERAL AGENT, Ali Tuthill, who stated he/she is AUTHORIZED TO ACCEPT SERVICE OF PROCESS ON BEHALF of the corporation.

**DESCRIPTION OF PERSON SPOKEN TO/PAPERS LEFT WITH:**
Sex: Female - Skin: White - Hair: Brown - Age: 45-55 - Height: 5ft 4- 5ft 8 - Weight: 121-140lbs

Sworn to and subscribed before me on 12/07/2020
Alyssa Erales
Notary Public, State of New York
No. 01ER6400556
Qualified in Queens County
My Commission Expires 11/18/23

X Luis Arriaga
License#: 2096633
Atty#: 20201119171043

OPTIONAL GPS LOG:

GUARANTEED SUBPOENA SERVICE, INC. - 2009 MORRIS AVENUE, UNION, NJ, 07083
CHIESA SHAHINIAN & GIANTOMASI, PC- ATTN: ACCOUNTS PAYABLE, ONE BOLAND DR., WEST ORANGE, NJ07052